## Conclusion

Plaintiff's objections are overruled and the R&R is adopted in its entirety. Accordingly, plaintiff's application for the appointment of counsel is denied.  As plaintiff has not replied to respondent's motion for judgement on the pleadings, the court sets the following amended briefing schedule: plaintiff's opposition is due November 17, 2006 and respondent's reply, if any, is due November 28, 2006.


SO ORDERED.

DATED:   Brooklyn, New York
         October 19, 2006

_____/S/_____
DORA L. IRIZARRY
United States District Judge